UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

FILED
FEB 0 5 2013
CLERK

---

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HOSTEEN E. HENDREN,

    Defendant.

CR 13-50013

INDICTMENT

Failure to Pay Legal Child Support

18 U.S.C. § 228(a)(3)

16-MJ-426 (NMFed Court)
FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
FEB 0 5 2016
MATTHEW J. DYKMAN
CLERK

16mj426

---

The Grand Jury charges:

From on or about January 1, 2009, and continuing to the present, in Dewey County, in the District of South Dakota, defendant, Hosteen E. Hendren, while residing in a different state with respect to his minor children, who reside in South Dakota, willfully and unlawfully failed to pay a past due support obligation, as ordered by the Eighth Judicial Circuit, Meade County, South Dakota, and which obligation has remained unpaid for a period longer than two years and is in an amount greater than $10,000.00 in violation of 18 U.S.C. § 228(a)(3).

                                           A TRUE BILL:

                                           REDACTED

                                           Foreperson

BRENDAN V. JOHNSON
UNITED STATES ATTORNEY

By: [signature]



AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 13-50013 |
| | ) | |
| Hosteen E. Hendren | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

   YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Hosteen E. Hendren                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
FAILURE TO PAY LEGAL CHILD SUPPORT
18 U.S.C. § 228 (a)(3)

Date:   02/05/2013                              _____
                                                 Issuing officer's signature

City and state:   Rapid City, SD                 Katie Klein, Deputy Clerk
                                                 Printed name and title

### Return

This warrant was received on (date) _____ , and the person was arrested on (date) _____
at (city and state) _____.

Date: _____                              _____
                                                 Arresting officer's signature

                                                 _____
                                                 Printed name and title